# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JACK GROVER**

                V.                CASE NUMBER: 5:04-CV-1340(FJS/GJD)

**HARTFORD LIFE & ACCIDENT INSURANCE COMPANY and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF TYCO INTERNATIONAL (US) INC.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF granting Defendants' motion for summary judgment pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on September 21, 2007.

DATED:    September 21, 2007

                                                    Clerk of Court

LKB:lmp